JACOB ROTHSCHILD, Appellant, *v.* ALFRED ZUCKER, Respondent.

(Argued October 2, 1893; decided October 17, 1893.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made July 3, 1893, which affirmed as much of an order of Special Term as required plaintiff to serve a bill of particulars.

*Gustavus W. Rawson* for appellant.

*John B. Green* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

ANNA WALSH, Respondent, *v.* ANDREW J. WALSH, Appellant.

(Argued October 2, 1893; decided October 17, 1893.)

APPEAL from order of the General Term of the Superior Court of Buffalo, made June 12, 1893, which affirmed an order of Special Term directing defendant to pay to plaintiff's attorney $250 to be used to defray the expenses of preparing case for trial and for trial.

*George C. Sawyer* for appellant.

*J. W. Russell* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.